FILED

2013 Oct-23  PM 02:51
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANTHONY WISE, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **2:12-cv-02591-JEO** |
| | ) | |
| **BANK OF AMERICA, N.A.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER OF DISMISSAL

Before the court is the Joint Stipulation of Dismissal with Prejudice (doc. 14) filed by the parties on October 23, 2013.  Accordingly, it is hereby **ORDERED** that the above-styled action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.  FED. R. CIV. P. 41(a)(1)(A)(ii).  The court will retain jurisdiction over this matter for a period of thirty days while the parties finalize their settlement.

**DONE,** this the 23rd day of October, 2013.

_John E. Ott_

**JOHN E. OTT**
Chief United States Magistrate Judge